# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| BROADCAST MUSIC, INC.; AMAZEMENT MUSIC; EMI BLACKWOOD MUSIC INC.; COREY FOWLER; CAHRON CHILDS; CHANTI GLEE; RUNWAY STAR MUSIC PUBLISHING; WARNER-TAMERLANE PUBLISHING CORP.; HIP CITY MUSIC INC.; HIFROST PUBLISHING, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO.: 3:14-cv-00555 |
| v. | ) ) | |
| AJENT GROUP, LLC d/b/a TEMPO and JUMAANE JUMATATU TORRENCE and ANTHONY LEE COSTELLO McCARVER, each individually, | ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

This matter came before the Court on Plaintiffs' Motion for Default Judgment. Having considered the pleadings, affidavits and memorandum, it is ORDERED AND ADJUDGED:

I

Plaintiffs' Motion for Default Judgment against Defendants Ajent Group, LLC and Jumaane Jumatatu Torrence and Anthony Lee Costello McCarver is granted, this Court finding that Defendants knowingly and intentionally infringed upon the copyrights of four (4) musical compositions owned and/or licensed by Plaintiffs.

II

Plaintiffs shall recover from Defendants Ajent Group, LLC and Jumaane Jumatatu Torrence and Anthony Lee Costello McCarver, jointly and severally, statutory damages in the amount of six thousand dollars ($6,000) for each of the four (4) musical compositions, for a total of $24,000, pursuant to 17 U.S.C. Section 504(c)(1).

III

Plaintiffs shall recover from Defendants Ajent Group, LLC and Jumaane Jumatatu Torrence and Anthony Lee Costello McCarver, jointly and severally, full costs in this action, including reasonable attorney's fees in the amount of $6,978.93, pursuant to 17 U.S.C. Section 505.

IV

Plaintiffs shall recover from Defendants Ajent Group, LLC and Jumaane Jumatatu Torrence and Anthony Lee Costello McCarver, jointly and severally, interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. Section 1961.

V

Defendants Ajent Group, LLC and Jumaane Jumatatu Torrence and Anthony Lee Costello McCarver and their agents, servants, employees and all persons acting under their permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

VI

This Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

Max O. Cogburn Jr.
United States District Judge